IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SOLOMON L. HENDERSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:16cv882-MHT |
| | ) | (WO) |
| SHERIFF TONY HELMS, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about suffering religious discrimination by Geneva County Jail staff and inmates and about other conditions of confinement in the jail, where he was being held at the time he filed this lawsuit. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted and that this case should be dismissed for failure to exhaust administrative remedies. There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2017.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**