IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SOLOMON L. HENDERSON,      )
                           )
     Plaintiff,            )
                           )         CIVIL ACTION NO.
     v.                    )          1:16cv882-MHT
                           )              (WO)
SHERIFF TONY HELMS,        )
et al.,                    )
                           )
     Defendants.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(2) The defendants' motion to dismiss (doc. no. 12) is granted to the extent the defendants seek dismissal of this case due to the plaintiff's failure to exhaust an administrative remedy previously available to him at the Geneva County Jail prior to initiating this cause of action.

(3) This lawsuit is dismissed without prejudice.

(4) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**